No. 05–7673. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7677. RAMIREZ-NOYOLA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7678. RICHARDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7682. BIGELOW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–7684. WOODS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–7685. ROSS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7687. PARKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7688. MITCHELL *v.* LISSI ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7690. PEA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7691. MCCULLAH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7692. LEE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7693. MARTIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7694. MARTINEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7696. KITZELMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7697. LEWIS *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–7698. NORMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.